UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, | No. C-10-05890 DMR |
|     Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
|     v. | |
| FORT MASON MARKET, | |
|     Defendants. | |

This case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction for the limited purpose of resolving disputes arising out of the Consent Decree. *See* Docket No. 8.

The Clerk of the Court is directed to close the case file.

IT IS SO ORDERED.

Dated: May 11, 2011

DONNA M. RYU
United States Magistrate Judge